UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN MOONEY,

Plaintiff,

v.

HOWMEDICA OSTEONICS CORP.,

Defendant.
______________________________/

Case No. 4:26-cv-12346

Hon. F. Kay Behm
United States District Judge

**ORDER DISMISSING CASE**
**FOR LACK OF SUBJECT MATTER JURISDICTION**

Plaintiff Brian Mooney filed this civil action on July 10, 2026, against Defendant Howmedica Osteonics Corp., alleging negligence and defective design claims for an allegedly defective artificial knee. ECF No. 1. In Plaintiff's original complaint, he indicated that he is a resident of Michigan but did not address his citizenship, and he also did not include an amount in controversy. *Id.* As such, on August 7, 2026, the Court entered an order requiring Plaintiff to file an amended complaint by August 28, 2026, addressing jurisdiction, specifically related to Plaintiff's citizenship and the amount in controversy. ECF No. 3.

On August 24, 2026, Plaintiff filed an amended complaint, in which he continues to state that he is a "resident" of Michigan but does not otherwise address his citizenship, and which still does not contain any indication of the amount in controversy. ECF No. 4. As Plaintiff has not adequately alleged this Court's jurisdiction, this case is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

**SO ORDERED.**

Date: September 9, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge