UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN MOONEY,

Plaintiff,

v.

HOWMEDICA OSTEONICS CORP.,

Defendant.
______________________________/

Case No. 4:26-cv-12346

Hon. F. Kay Behm
United States District Judge

# JUDGMENT

In accordance with the Opinion and Order issued on September 9, 2026, this case is **DISMISSED** without prejudice.

**SO ORDERED.**

Date: September 9, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge